UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

IN THE MATTER OF:

ANGELA SUE BURG,  
FKA ANGELA SUE MCGEORGE,

    Debtor.

45120 County Rd 652  
Mattawan, MI 49071  
XXX-XX-5327  
_____/

Case No. 21-01080-jtg  
Honorable JOHN T. GREGG  
Chapter 7

## ORDER GRANTING STIPULATION TO EXTEND THE NON-DISCHARGEABILITY DEADLINE FOR CREDITOR, CREDIT ACCEPTANCE CORPORATION

This matter having come before the Court on Stipulation of Creditor Credit Acceptance Corporation ("CAC") by and through counsel, Kilpatrick & Associates, P.C., and and the Debtor, Angela Sue Burg, fka Angela Sue McGeorge, by and through counsel, Jeffrey D. Mapes, Esq; the parties through negotiations having agreed to the stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the deadline for CAC to file a motion or complaint to determine the dischargeability of certain debts of the Debtors under 11 U.S.C. § 523 shall be extended until **September 24, 2021.**

Signed: July 28, 2021




John T. Gregg  
United States Bankruptcy Judge